CARLTON E. HELMING *v.* GLENN G. SHERWOOD ET AL.
(11471)

O'CONNELL, FOTI and FREEDMAN, Js.
Argued May 6—decision released May 25, 1993

*Robert W. Heagney,* for the appellants (defendants).
*Richard Gee,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.